## FRIEDMAN v. NEW YORK

No. 1137.   Decided March 23, 1970

*Marx Leva, Alexander B. Hawes,* and *Richard E. Nolan* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Jeremiah Jochnowitz,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## OHLSON ET AL. v. PHILLIPS ET AL.

No. 1182.   Decided March 23, 1970

*William F. Reynard* for appellants.

*Duke W. Dunbar,* Attorney General of Colorado, and *Michael T. Haley, John P. Holloway,* and *John E. Bush,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.